**\*E-Filed: February 10, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELA MARINACHE,<br><br>  Plaintiff,<br>  v.<br><br>DANIEL LAWRENCE STERN; et al.,<br><br>  Defendants. | No. C14-03055 HRL<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 12, 2015** |

Daniela Marinache filed this action on July 3, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until November 3, 2014 to serve the defendants. Plaintiff has failed to do so.

Plaintiff shall appear on **March 10, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall file a Statement in response to this Order to Show Cause no later than **March 3, 2015**. The statement shall state (1) the status of Plaintiff's efforts to serve Defendants; and (2) how much additional time, if any, is needed to serve Defendants. If, however, Defendants are served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

///

///

1   The case management conference, currently set for February 17, 2015, is continued to **May 12, 2015 at 1:30 pm** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  February 10, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C14-03055 HRL Notice will be mailed to:**

Huy Ngoc Tran    huy@jawlawgroup.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

Phung Hoang Truong    phung@jawlawgroup.com, annie@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**