**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-Filed: March 10, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANIELA MARINACHE,

        Plaintiff,

  v.

DANIEL LAWRENCE STERN; et al.,

        Defendants.

_____/

No. C14-03055 HRL

**ORDER ON ORDER TO SHOW CAUSE**

**[Re: Docket No. 12]**

     A show cause hearing was held on March 10, 2015.  Plaintiff is granted an extension of sixty (60) days to serve Defendant Raymond Wu.  The case management conference remains scheduled for May 12, 2015, at 1:30 p.m.  The Order to Show Cause is discharged.

     **IT IS SO ORDERED.**

Dated:  March 10, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

**C14-03055 HRL** **N**otice will be mailed to:

2  Huy Ngoc Tran    huy@jawlawgroup.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

3

4  Phung Hoang Truong     phung@jawlawgroup.com, annie@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

5

6  Tomas Eduardo Margain     Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com

7

8  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28