*E-Filed: June 22, 2015*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA MARINACHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LAWRENCE STERN, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03055-HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A case management conference is set for June 30, 2015.  Defendants Daniel Lawrence Stern and Chi Wen Chang have filed a motion to dismiss the complaint, which is set for a hearing on July 21, 2015.  Dkt. No. 30.  In addition, Plaintiff has filed a motion for order to serve summons on Defendant Raymond Wu by publication.  Dkt. No. 35.  Accordingly, the case management conference is continued to **September 29, 2015, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  June 22, 2015

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge