E-Filed 11/18/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA MARINACHE,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL LAWRENCE STERN, et al.,<br><br>    Defendants. | Case No.  14-cv-03055-HRL<br><br>**ORDER VACATING DEADLINES AND APPEARANCES**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT** |

On November 13, 2015, the court received notice that this case has settled. All previously scheduled deadlines and appearances are vacated.

The court authorized Plaintiff to serve defendant Raymond Wu ("Wu") through alternative means within 90 days of July 27, 2015. Dkt. No. 47. The deadline to serve Wu has passed and the record does not contain proof of service as to Wu. On or before December 2, 2015, Plaintiff shall file a status report that states whether Wu was timely served through the alternative means authorized by the court and, if so, whether Plaintiff intends to continue this case solely against Wu. If Plaintiff intends to continue this case, then Plaintiff shall also file by December 2, 2015, proof that Wu was timely served.

**IT IS SO ORDERED.**

Dated: 11/18/15

_____
HOWARD R. LLOYD
United States Magistrate Judge