E-Filed 12/3/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELA MARINACHE,<br><br>   Plaintiff,<br><br>  v.<br><br>DANIEL LAWRENCE STERN, et al.,<br><br>   Defendants. | Case No.  14-cv-03055-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 51 |

The court, having been informed that this case has settled and that Plaintiff does not intend to proceed with this case against unserved defendant Raymond Wu, vacates all previously scheduled deadlines and appearances.

On or before January 1, 2016, Plaintiff shall file a notice of dismissal or stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on January 5, 2016 at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than January 1, 2016 advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be

1  automatically vacated and the parties need not file a statement in response to this Order.

2  **IT IS SO ORDERED.**

3  Dated: 12/3/15

                                             _____
                                             Howard R. Lloyd
                                             United States Magistrate Judge