TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
DANIELA MARINACHE

E-Filed 1/8/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELA MARINACHE,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAWRENCE STERN; CHI WEN CHANG; and RAYMOND WU,<br><br>Defendants. | Case No.  5:14-cv-3055 HRL<br><br>**REQUEST TO DISMISS RAYMOND WU WITHOUT PREJUDICE; [PROPOSED] ORDER** |

   Plaintiff DANIELA MARINACHE by and through her attorney of record hereby requests that RAYMOND WU be dismissed without prejudice for the failure to serve him with the Summons and Complaint.  A proposed Order is attached.

   Dated: January 4, 2016

                              *//s//Tomas E. Margain//s//*
                              Tomas E. Margain
                              Huy Tran
                              JUSTICE AT WORK LAW GROUP
                              Attorneys for Plaintiff
                              DANIELA MARINACHE

1

**STIPULATION TO DISMISS WITHOUT PREJUDICE WITH COURT TO RETAIN JURISDICTION;  [PROPOSED] ORDER**

1

2
## <u>ORDER</u>

3      Based on Plaintiff's request, the fact that the Summons and Complaint was not served

4 and GOOD CAUSE shown the Court orders as follows:

5      The Second Amended Complaint as to Defendant RAYMOND WU is dismissed

6 without prejudice.  All docket and other calendar dates are hereby vacated and the clerk is

7 directed to close the file.

8

9      **IT IS SO ORDERED.**

10

11 DATED: ___1/6/16_____      By: _____

12                                   THE HONORABLE HOWARD R. LLOYD
                                     Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION TO DISMISS WITHOUT PREJUDICE WITH COURT TO RETAIN
JURISDICTION; [PROPOSED] ORDER**